IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAMELA REED                                                                                    PLAINTIFF

          v.                              Civil No. 07-2014

ARKANSAS DEPARTMENT
OF HUMAN SERVICES, Sebastian
County Division; DEPARTMENT
OF HUMAN SERVICE WORKERS
JOHN AND JANE DOE                                                                      DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Pamela Reed filed this pro se civil rights action on February 12, 2007. Her complaint was filed in forma pauperis (IFP).

On March 14, 2007, the undersigned entered an order (Doc. 5) directing Reed to complete, sign and return an attached addendum to her complaint. The addendum was to be returned by April 12, 2007.

To date, the addendum has not been filed with the court. No mail has been returned to the court as undeliverable. Plaintiff has not requested an extension of time to complete the addendum or communicated with the court in anyway.

I therefore recommend Reed's claims be dismissed on the grounds she has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

**Reed has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections**

-1-

AO72A
(Rev. 8/82)

**may result in waiver of the right to appeal questions of fact. Reed is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of May 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE