**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**PAMELA REED**                                                     **PLAINTIFF**

**v.**                      **Civil No. 07-2014**

**ARKANSAS DEPARTMENT
OF HUMAN SERVICES, Sebastian
County Division; DEPARTMENT
OF HUMAN SERVICE WORKERS
JOHN AND JANE DOE**                                     **DEFENDANTS**

**O R D E R**

Now on this 7th day of June, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #6, filed May 15, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                                     **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**